UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED:  1/10/2025 _____       │
└─────────────────────────────────────┘
```

WAI LUN CHUI,

                Plaintiffs,

    -against-

PUBLICIS GROUPE S.A., LION RESOURCES
INC, MMS USA HOLDINGS, INC. and EPSILON
DATA MANAGEMENT LLC,

                Defendants.

24 Civ. 6767 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated September 11, 2024, the Court directed the parties to file a joint letter and proposed case management plan by January 9, 2025.  ECF No. 7.  Those submissions are now overdue.

Accordingly, by **January 23, 2025**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 10, 2025
     New York, New York

ANALISA TORRES
United States District Judge