```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/24/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WAI LUN CHUI,

                Plaintiff,

-against-

PUBLICIS GROUPE S.A., LION RESOURCES INC, MMS USA HOLDINGS, INC. and EPSILON DATA MANAGEMENT LLC,

                Defendants.

24 Civ. 6767 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated September 11, 2024, the Court directed the parties to file a joint letter and proposed case management plan by January 9, 2025. ECF No. 7. The parties did not do so. Accordingly, on January 10, 2025, the Court ordered the parties to file their joint letter and proposed case management plan by January 23, 2025. ECF No. 24. Again, the parties did not do so. Instead, Defendants—with Plaintiff's apparent consent—filed a motion to stay discovery pending the Court's resolution of Defendants' motion to dismiss, which is not yet fully briefed. ECF No. 29; *see* ECF No. 25.

    Pursuant to the Court's initial pretrial scheduling order, the parties were to use this Court's form proposed civil case management plan and scheduling order to create their proposed case management plan. ECF No. 7 at 2. That form states, in bold text, "**The Court will not stay discovery pending its decision on any motion.**" *See* Civil Case Management and Scheduling Order (June 25, 2019), https://www.nysd.uscourts.gov/hon-analisa-torres.

    Accordingly, Defendants' motion, ECF No. 29, is DENIED. By **January 27, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: January 24, 2025
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge