**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
WAI LUN CHUI,

                         Plaintiff,                           **ORDER**

                   -against-                          **24-CV-6767 (AT) (JW)**

PUBLICIS GROUPE S.A., *et al.*,

                         Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter was referred to this Court for the specific dispute at Dkt. No. 39 and settlement. Dkt. No. 40. The Parties are ordered to attend an in-person discovery conference on **June 20, 2025, at 10:30 AM**. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY. The Parties should also arrive at the conference prepared to discuss their availability for settlement.

      SO ORDERED.

DATED:    New York, New York
                  June 10, 2025

                                                                     JENNIFER E. WILLIS
                                                                     United States Magistrate Judge