UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WAI LUN CHUI,

                         Plaintiff,                                  **ORDER**

                -against-                           **24-CV-6767 (AT) (JW)**

PUBLICIS GROUPE S.A., *et al.*,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       On June 6, 2025, Judge Torres referred this matter to resolve the parties' discovery disputes discussed in Dkt. No. 39. The parties attended a discovery conference before this Court on June 20, 2025, and subsequently filed status letters on June 27 and June 30, 2025. Dkt. Nos. 41, 45, 46. The Court makes the following rulings:

       Since Plaintiff withdrew his objections against providing full Health Insurance Portability and Accountability Act ("HIPAA") authorizations to Defendants (see Dkt. No. 46), the Court declines to rule on this issue since it is now moot.

       As for the expiration of Plaintiff's HIPAA authorization, the Court **GRANTS** Defendants' request that Plaintiff make one single HIPAA authorization which will run through the end of the litigation.

       Plaintiff's July 30, 2025, status letter (see Dkt. No. 46) raised, for the first time, HIPAA compliance and security issues based on Defendant Publicis Groupe S.A.'s foreign entity status. The parties are directed to meet and confer to resolve the dispute. If the parties are unable to resolve the dispute without court intervention,

the parties are to file a joint letter summarizing each party's position no longer than three pages by **September 17, 2025**.

To the extent Defendants are asking for leave to file a motion for sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure, the Court **DENIES** Defendants' request without prejudice.

**The Clerk of Court is respectfully requested to close Dkt. No. 39.**

SO ORDERED.

DATED:   New York, New York
         August 21, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge