**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WAI LUN CHUI,

                Plaintiff,

-against-　　　　　　　　　　　　　　　24 **CIVIL** 6767 (AT)

**JUDGMENT**

PUBLICIS GROUPE S.A., LION RESOURCES
INC, MMS USA HOLDINGS, INC. and EPSILON
DATA MANAGEMENT LLC,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 23, 2025, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      September 24, 2025

                                      **TAMMI M. HELLWIG**
                                         **Clerk of Court**

        **BY:** _/s/ Ngam Dulel_

                                         **Deputy Clerk**