```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/24/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAI LUN CHUI,

           Plaintiff,

-against-

PUBLICIS GROUPE S.A., LION RESOURCES INC, MMS USA HOLDINGS, INC. and EPSILON DATA MANAGEMENT LLC,

           Defendants.

24 Civ. 6767 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiff's motion for leave to file an amended complaint. *See* ECF No. 54. If Defendant opposes Plaintiff's motion, Defendant shall file a response by **November 5, 2025**.

    SO ORDERED.

Dated: October 24, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge